ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :   NOTICE OF INTENT TO
                                       FILE AN INFORMATION
            -v.-                   :
                                       06 Mag.
ANTONIO MORALES,                   :
                                       07 CRIM. 412
            Defendant.             :

- - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        October 3, 2006

                                       MICHAEL J. GARCIA
                                       United States Attorney

                               By:     /s/
                                       _____
                                       Rita M. Glavin
                                       Assistant United States Attorney


                                       AGREED AND CONSENTED TO:

                                       /s/
                                       _____
                                       Matthew J. Kluger, Esq.
                                       Attorney for Antonio Morales

[Stamp: Judge Ramos]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ 10/11/06]

10/11/06   WHEEL A