UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - v. -

ANTONIO MORALES,
  a/k/a "Franklin Mejia,"

             Defendant.

- - - - - - - - - - - - - - - - - - - - -X

INFORMATION

07 Cr.

07CRIM 412

*Judge Pauley*

## COUNT ONE

The United States Attorney charges:

1. On or about May 7, 2004, in the Southern District of New York, ANTONIO MORALES, a/k/a "Franklin Mejia," the defendant, being an alien, after having been deported and removed from the United States, unlawfully, willfully, and knowingly did enter, and was found in, the United States, without having obtained the express consent of the Attorney General of the United States to his reapplying for admission.

(Title 8, United States Code, Section 1326(a).)

MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 11 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**Antonio Morales, a/k/a "Franklin Mejia,"**

**Defendant.**

---

**INFORMATION**

07 Cr.

(Title 8, United States Code,
Sections 1326(a))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

*[handwritten notes, partially illegible]* 5/11/07 Fld Inf + Waiver of Ind. AUSA Rita Glavin pres. Deft Antonio Morales pres/w/ Matthew Kluger. Spanish Interp pres. Consent to Proceed bef Mag Judge. Deft plead Guilty to Inf. Deft cnst detained.

*[signature] Mag Judge [illegible]*