UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

ANTONIO MORALES,
 a/k/a "Franklin Mejia,"

        Defendant.

- - - - - - - - - - - - - - - - x

07 CRIM. 412

WAIVER OF INDICTMENT

07 Cr.     (WHP)

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1326(a), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
_____
Defendant

_____
Witness

_____
Counsel for Defendant
```

Date:   New York, New York
         ~~March~~  , 2007
         May 11



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 11 2007

0202