```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                            :        **ORDER**

ANTONIO MORALES,                  :        07 Cr. 412 (WHP)
    a/k/a "Franklin Mejia,"

                   Defendant.      :

------------------------------------------------------x

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Michael H. Dolinger, United States Magistrate Judge, on May 11, 2007;

        WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

        IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: Sept 28, 2007
       New York, New York

                                        _____
                                        The Honorable William H. Pauley III
                                        United States District Judge